■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTRON M., Appellant. [852 NYS2d 760]—

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). The credible police testimony adduced at the hearing satisfied the People's burden of establishing that defendant agreed to waive his *Miranda* rights. To the extent that defendant is arguing that suppression of his statement is warranted as a sanction for the loss of a *Miranda* warnings form, we find that argument without merit. Concur—Tom, J.P., Buckley, Sweeny and Moskowitz, JJ.